```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


IN RE:                              )    3:08-CV-00361-ECR-VPC
                                    )
ZEBULON JACKSON HANNAH,             )    MINUTES OF THE COURT
                                    )
     Plaintiff.                     )    DATE: OCTOBER 21, 2008
                                    )
_____ )

PRESENT:      EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)               NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

    On September 26, 2008, the Magistrate Judge filed a Report and Recommendation (#6) recommending that this action be dismissed for failure of Plaintiff to pay the filing fee and because mail addressed to Plaintiff at the address he supplied to the Court has been returned.  No objections have been filed to the Report and Recommendation (#6).

    The Report and Recommendation (#6) is well taken.  **IT IS HEREBY ORDERED** that the Report and Recommendation (#6) is **APPROVED** and **ADOPTED**.  **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

    The Clerk shall enter judgment accordingly.


                                                   LANCE S. WILSON, CLERK

                                                   By       /s/
                                                         Deputy Clerk